JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:     sgc@mgalaw.com
            jag@mgalaw.com

RAFFI A. NAHABEDIAN, ESQ.
Nevada Bar No. 9347
**LAW OFFICE OF RAFFI A. NAHABEDIAN**
7408 Doe Avenue
Las Vegas, Nevada 89117
Telephone: (702) 379-9995
Facsimile:  (702) 222-1496
E-mail:     raffi@nahabedianlaw.com

*Attorneys for Plaintiff Shawn Padilla*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN PADILLA, an individual, | Case No.:    2:22-cv-02109-RFB-BNW |
| Plaintiff, | **AMENDED JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVIN ADAMS, an individual (Doe 2); DOES III through X, and ROSE I through X, | |
| Defendants. | |

Plaintiff, SHAWN PADILLA ("Plaintiff"), by and through his counsels of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and LAW OFFICE OF RAFFI A. NAHABEDIAN, and defendants MGM Grand Hotel, LLC, Andrew Stevenson, and Kevin Adams ("Defendants"), by and through their counsel of record, the law firms SEMENZA RICKARD LAW AND OFFICE OF THE ATTORNEY GENERAL, hereby submit this proposed joint discovery plan and scheduling order.

On May 7, 2024, Stephen G. Clough, Esq. and Raffi A. Nahabedian, Esq., as counsel for

Plaintiff, Lawrence J. Semenza, III, Esq., as counsel for Defendant MGM Grand Hotel, LLC, and Michael P. Somps, Esq., as counsel for Defendants Kevin Adams and Andrew Stevenson, discussed and agreed that, considering the Gaming Control Board officers were recently added, both have pending motions to dismiss,[1] and no discovery has been conducted regarding these officers, it is necessary to continue the discovery deadlines for an additional six (7) months.

The Parties now propose the following discovery plan:

1. **Estimated Time for Trial:** Five (5) to seven (7) days.

2. **Discovery Cut-Off Date:** The proposed cut-off date for discovery shall be March 5, 2025.

3. **Amending the Pleadings and Adding Parties:** Closed.

4. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning initial experts shall be made by January 6, 2025 sixty-two (62) days before the proposed discovery cut-off date.[2] Disclosures concerning rebuttal experts shall be made by February 5, 2025, thirty (30) days after the initial disclosure of experts.

5. **Dispositive Motions:** The date for filing dispositive motions shall not be later than April 4, 2025, thirty (30) days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cut-off date.

6. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than May 5, 2025, thirty (30) days after the cut-off for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order

---

[1] Defendant MGM Grand Hotel, LLC also filed a Motion to Strike Portions of Plaintiff's Second Amended Complaint, which is fully briefed and awaiting a decision from the Court.

[2] Sixty (60) days before the proposed discovery cut-off date is Saturday, January 4, 2024 therefore the parties agree to move the deadline to a weekday, making the new deadline Monday, January 6, 2025.

shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections hereto shall be included in the joint pretrial order.

8. **Alternative Dispute Resolution:** The parties previously discussed the possibility of mediation and arbitration.

9. **Alternative Forms of Case Disposition:** The parties have discussed the possibility of trial by the magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and without conceding any issues with jurisdiction, agree that trial in this case would be better suited before the U.S. District Court.

10. **Electronic Evidence:** The parties do not at this time anticipate any issues about disclosures or discovery of electronically stored information, if any, including the form or forms in which it should be produced. The parties shall meet and confer and otherwise work in good faith with respect to the production of electronically stored information should any dispute arise.

11. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made pursuant to LR 26-3 and be supported by a showing of good cause, no later than twenty-one (21) days before the subject deadline.

**LR 26-**3:

(a) To date the following discovery has been completed: (1) Plaintiff served Defendant MGM with written Interrogatories, Requests for Admissions, and Requests for Production; (2) Defendant MGM served Plaintiff with written Interrogatories, Requests for Admissions, and Requests for Production; (3) no discovery has been prepared or responded to by any of the parties in relation to the new defendants,

1 Defendant Adams and Defendant Stevenson; 4) Defendant Adams served Plaintiff with Interrogatories, Requests for Admissions, and Requests for Production. It shall be noted that following the services of responses by the aforementioned parties to the respective discovery served, counsel for Plaintiff and counsel for Defendant MGM engaged in a good faith meet and confer effort relating to the written responses provided and, at this time, Plaintiff and Defendant MGM are working on supplemental responses in relation to the meet and confer effort;

(b) The parties need to engage in: (1) written discovery regarding the newly appearing defendants, Defendant Adams (appearing on February 27, 2024) and Defendant Stevenson (who was served on April 19, 2024, after months of trying to serve him, who appeared on May 6, 2024); (2) and the parties have not engaged in the taking of oral depositions given the outstanding matters relating to written discovery and based on the fact that there are outstanding motions pending before the Court; and (3) expert disclosures;

(c) During the Case Conference Meeting of Counsel following the appearances of the newly appearing defendants, Defendant Adams and Defendant Stevenson, counsel for Plaintiff, Counsel for Defendant MGM, and counsel for Defendants Adams and Stevenson determined that an additional six to nine months; and

(d) The dates set forth above reveal the proposed schedule for completing discovery by all parties as agreed during the Case Conference Meeting of Counsel.

12. **Subjects of Discovery**. The parties agree that discovery may be taken on any subject permitted by the Federal Rules of Civil Procedure.

13. **Discovery Phases**. The parties do not believe it is necessary to conduct discovery in phases.

14. **Document Production**. All documents produced in this action will be delivered as either hardcopy documents or Portable Document Format ("PDF") images unless the requesting party specifically requests that any responsive electronic documents be produced in native format.

4

15. **Written Discovery.** The parties mutually agree to provide Word versions of any propounded written discovery requests to the responding party so as to facilitate the process of providing responses.

16. **Protective Orders For Confidential Documents And/Or Information**. Plaintiff and Defendant MGM Grand Hotel, LLC previously filed a Stipulated Protective Order, which the Court subsequently granted on May 19, 2023. (ECF No. 30.)

DATED this 6th day of June, 2024.

**MAIER GUTIERREZ & ASSOCIATES**

_/s/ Stephen G. Clough_____
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 6th day of June, 2024.

**SEMENZA RICKARD LAW**

_/s/ Katie L. Cannata_____
LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No. 7174
KATIE L. CANNATA, ESQ.
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant MGM Grand Hotel, LLC*

DATED this 6th day of June, 2024.

**LAW OFFICE OF RAFFI A. NAHABEDIAN**

_/s/ Raffi A. Nahabedian_____
RAFFI A. NAHABEDIAN, ESQ.
Nevada Bar No. 9347
7408 Doe Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED this 6th day of June, 2024

**OFFICE OF THE ATTORNEY GENERAL**

_/s/ Michael P. Somps_____
AARON D. FORD, ESQ.
Attorney General
MICHAEL P. SOMPS, ESQ.
Nevada Bar No. 6507
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
*Attorneys for Defendants Kevin Adams and Andrew Stevenson*

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 6/10/2024

5