Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq. Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant MGM Grand Hotel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN PADILLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVEN ADAMS, an individual (Doe 2); JERIMIAH TIPTON, an individual (Doe 3); DOES IV through X, and ROES I through X,<br><br>Defendants. | Case No.   2:22-cv-02109-RFB-BNW<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MGM GRAND HOTEL, LLC'S *EMERGENCY* MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA** |

Defendant MGM Grand Hotel, LLC, by and through its undersigned counsel, and pursuant to Local Rules IA 10-3 and IC 2-2(a)(3)(A), hereby submits the following Exhibits in support of its Emergency Motion for Protective Order and Motion to Quash Subpoena.

| **Exhibit** | **Description** | **No. of Pages** | **Pages** |
|---|---|---|---|
| 1 | E-mail Correspondence Regarding Mr. Hornbuckle's Deposition | 5 | 001 – 005 |
| 2 | Subpoena to Testify at a Deposition in a Civil Action to William Hornbuckle | 4 | 006 - 009 |

1

| 3 | Notice of Taking Videotaped Deposition of William Hornbuckle | 4 | 010 - 013 |
|---|---|---|---|
| 4 | May 9, 2026 Meet and Confer Transcript | 38 | 014 - 051 |
| 5 | E-mail Regarding Acceptance of Service | 2 | 052 - 053 |
| 6 | Acceptance of Service of Notice of Subpoena and Notice of Taking Deposition of William Hornbuckle | 3 | 054 - 056 |
| 7 | Mr. Clough's May 15, 2025 E-mail | 4 | 057 - 060 |
| 8 | May 15, 2025 Meet and Confer Conference Transcript | 43 | 061 - 103 |
| 9 | Plaintiff's May 25, 2025 E-mail Correspondence | 6 | 104 - 109 |
| 10 | Objection to Subpoena for Deposition and Request for Documents | 7 | 110 – 116 |
| 11 | Surveillance Policies and Procedures (Filed Under Seal) | 1 | 117 |

Dated this 23rd day of May, 2025.

                              SEMENZA RICKARD LAW

                              */s/ Lawrence J. Semenza, III*
                              Lawrence J. Semenza, III, Esq., Bar No. 7174
                              Katie L. Cannata, Esq., Bar No. 14848
                              10161 Park Run Drive, Ste. 150
                              Las Vegas, Nevada 89145

                              *Attorneys for Defendant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 23rd day of May 2025, I served the document(s), described as:

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MGM GRAND HOTEL, LLC'S *EMERGENCY* MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA**

☒ by sending ☐ an original ☒ a true and correct copy will be sent by the following:

☒ a. via **CM/ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**OFFICE OF THE ATTORNEY GENERAL**
Michael Somps     msomps@ag.nv.gov,
Nona ML Lawrence, nlawrence@ag.nv.gov
*Attorneys for Defendants Kevin Adams and Andrew Stevenson*

**MAIER GUTIERREZ & ASSOCIATES**
Joseph A. Gutierrez, jag@mgalaw.com,
Stephen G. Clough, sgc@mgalaw.com,
Yadira Gonzalez, yg@mgalaw.com
&
**LAW OFFICE OF RAFFI A. NAHABEDIAN**
Raffi A. Nahabedian, Esq., raffi@nahabedianlaw.com
*Attorneys for Plaintiff*

☐ b. **BY U.S. MAIL.**

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Angie Barreras*
An Employee of Semenza Rickard Law

3