# EXHIBIT 1

E-mail Correspondence
Regarding Mr. Hornbuckle's Deposition

**Katie Cannata**

| | |
|---|---|
| **From:** | Katie Cannata |
| **Sent:** | Friday, May 2, 2025 11:22 AM |
| **To:** | Stephen Clough; R. A. Nahabedian, Esq. |
| **Cc:** | Yadira Gonzalez; Lawrence J. Semenza, III; Olivia A. Kelly; Nona ML. Lawrence; Michael P. Somps |
| **Subject:** | RE: Padilla (MGM 30(b)(6) Topics) and depositions |

Stephen and Raffi –

We have been in contact with the current – and former – employees you are seeking to depose. Their respective availability is below.

Dionne Lauber: Tuesday/Wednesday mornings (after 5/12)
Joey Jiannotta: Mondays (am or pm)
JD Fuimaono: Mondays or Wednesday (am or pm)
Marites Sarmiento: Mondays (anytime)
Jesus Munoz: Monday-Friday (early afternoons, his shift begins at 2:40 p.m.)
Paul Hill: Mondays (apart from 5/26)
Dillan Urias: Mondays (apart from 5/19)

It is our understanding that former Assistant Security Manager Chris Pittet in currently in basic training and has considerably limited access to his phone / availability, if any.

Based upon our prior conversations, we understood that the foregoing employee depositions would be conducted first, and that the necessity and/or extent of a 30b6 deposition on your proposed topics would be determined thereafter. Please confirm whether that is still your intent. If it is not, we will need to re-convene for a continued meet and confer conference on the proposed topics. Nona/Mike have represented that the NVGCB Agents will have additional 30b6 topics for MGM's designee(s), so they'll need to be included in future conversations as well.

As for Mr. Hornbuckle, MGM intends to object to any efforts to depose him in this matter. Among other reasons, Mr. Hornbuckle does not have (and would not have) any personal knowledge concerning Mr. Padilla's incident. Any generalized, institutional information he may have concerning the hotel's operations, etc. could be gathered from other witnesses (such as a 30b6 designee).

Accordingly, you are hereby instructed not to communicate directly, or indirectly, with Mr. Hornbuckle. Should you intend to move forward with his deposition, we ask that you refrain from attempting personal service and provide any documents to us so that we may review them to determine whether we can accept service. Given MGM's objection to Mr. Hornbuckle's deposition in this matter, future motion practice on this issue may be necessary.

**From:** Stephen Clough <sgc@mgalaw.com>
**Sent:** Wednesday, April 30, 2025 7:10 AM

**To:** Katie Cannata <klc@semenzarickard.com>; Lawrence J. Semenza, III <ljs@semenzarickard.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; R. A. Nahabedian, Esq. <raffi@nahabedianlaw.com>; Olivia A. Kelly <oak@semenzarickard.com>
**Subject:** RE: Padilla (MGM 30(b)(6) Topics) and depositions

Good morning LJ/Katie:

As we were unable to resolve the matter during the Court's settlement conference, it is necessary for us to immediately coordinate and schedule the depositions. During our last call, you were still in the process of finalizing the identities of current employees that will be available for deposition and past employees who have since left MGM's employment, but have been contacted by your office/MGM to participate in the deposition process. Please provide an update in this regard.

Also, as it relates to the 30b6 categories (which we previously discussed and were trying to coordinate), are the managers who were identified in the disclosures capable of fulfilling the 30b6 categories? Meaning, is the surveillance manager able to also testify as to surveillance policies/procedures/protocol and is the floor manager able to testify as to floor operations policies/procedures/protocol? If so, please advise and if not, then we need to understand what efforts have been made to identify the 30b6 persons and how many will there be? Unless we can agree via a stipulation, we will need to determine if a Motion is warranted should more than 10 depositions be necessary.

Finally, we will be scheduling the deposition of William "Bill" Hornbuckle, who is on MGM's Board of Directors as well as the CEO of MGM. The substantive and fundamental basis for this deposition is predicated on the information learned of during this lawsuit. We reviewed the profiles of each Board member and it is clear that Mr. Hornbuckle is the most qualified to serve as a witness.

Thank you.


Stephen G. Clough | Partner
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
sgc@mgalaw.com | www.mgalaw.com

**From:** Katie Cannata <klc@semenzarickard.com>
**Sent:** Monday, March 10, 2025 3:55 PM
**To:** Stephen Clough <sgc@mgalaw.com>; R. A. Nahabedian, Esq. <raffi@nahabedianlaw.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; Lawrence J. Semenza, III <ljs@semenzarickard.com>; Nona ML. Lawrence <nlawrence@ag.nv.gov>; Michael P. Somps <MSomps@ag.nv.gov>; Joseph Gutierrez <jag@mgalaw.com>; Olivia A. Kelly <oak@semenzarickard.com>
**Subject:** RE: Padilla (MGM 30(b)(6) Topics)

Thanks Stephen. Can we do 10:30/11?


**From:** Stephen Clough <sgc@mgalaw.com>
**Sent:** Monday, March 10, 2025 3:53 PM

**To:** Katie Cannata <klc@semenzarickard.com>; R. A. Nahabedian, Esq. <raffi@nahabedianlaw.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; Lawrence J. Semenza, III <ljs@semenzarickard.com>; Nona ML. Lawrence <nlawrence@ag.nv.gov>; Michael P. Somps <MSomps@ag.nv.gov>; Joseph Gutierrez <jag@mgalaw.com>; Olivia A. Kelly <oak@semenzarickard.com>
**Subject:** RE: Padilla (MGM 30(b)(6) Topics)

Good afternoon Katie,
Friday morning works for me and Raffi.
I will circulate a call in number shortly.
Is 10:00 am fine with you?

Regards,

**Stephen G. Clough | Partner**
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
sgc@mgalaw.com | www.mgalaw.com

---

**From:** Katie Cannata <klc@semenzarickard.com>
**Sent:** Monday, March 10, 2025 12:04 PM
**To:** Stephen Clough <sgc@mgalaw.com>; R. A. Nahabedian, Esq. <raffi@nahabedianlaw.com>
**Cc:** Yadira Gonzalez <yg@mgalaw.com>; Lawrence J. Semenza, III <ljs@semenzarickard.com>; Nona ML. Lawrence <nlawrence@ag.nv.gov>; Michael P. Somps <MSomps@ag.nv.gov>; Joseph Gutierrez <jag@mgalaw.com>; Olivia A. Kelly <oak@semenzarickard.com>
**Subject:** RE: Padilla (MGM 30(b)(6) Topics)

Stephen and Raffi –

We're in receipt of your response to MGM's FRCP 30(b)(6) objections and would like to schedule a meet and confer. Unfortunately, neither March 11 nor March 12 work for us. We can be available on Thursday morning or anytime on Friday. Please let me know whether either of those dates work for you.

Thanks.

---

**From:** Stephen Clough <sgc@mgalaw.com>
**Sent:** Thursday, March 6, 2025 1:05 PM
**To:** Lawrence J. Semenza, III <ljs@semenzarickard.com>; Katie Cannata <klc@semenzarickard.com>; Nona ML. Lawrence <nlawrence@ag.nv.gov>; Michael P. Somps <MSomps@ag.nv.gov>
**Cc:** R. A. Nahabedian, Esq. <raffi@nahabedianlaw.com>; Yadira Gonzalez <yg@mgalaw.com>
**Subject:** Padilla (MGM 30(b)(6) Topics)

Please see the attached correspondence for the above mentioned matter.

Regards,

**Stephen G. Clough | Partner**
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue

Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
sgc@mgalaw.com | www.mgalaw.com