# EXHIBIT 3

Notice of Taking Videotaped Deposition of
William Hornbuckle

1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  STEPHEN G. CLOUGH, ESQ.
   Nevada Bar No. 10549
3  WILLIAM A. GONZALES
   Nevada Bar No. 15230
4  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148
   Telephone:  (702) 629-7900
6  Facsimile:   (702) 629-7925
   E-mail:      jag@mgalaw.com
7               sgc@mgalaw.com
               wag@mgalaw.com
8
   RAFFI A. NAHABEDIAN, ESQ.
9  Nevada Bar No. 9347
   **LAW OFFICE OF RAFFI A. NAHABEDIAN**
10 7408 Doe Avenue
   Las Vegas, Nevada 89117
11 Telephone:  (702) 379-9995
   Facsimile:   (702) 222-1496
12 E-mail:      raffi@nahabedianlaw.com

13 *Attorneys for Plaintiff Shawn Padilla*

14                    **UNITED STATES DISTRICT COURT**

15                         **DISTRICT OF NEVADA**

16
   SHAWN PADILLA, an individual,              Case No.:     2:22-cv-02109-RFB-BNW
17
                   Plaintiff,                  **NOTICE OF TAKING VIDEOTAPED**
18                                             **DEPOSITION OF WILLIAM**
   vs.                                         **HORNBUCKLE**
19
   MGM GRAND HOTEL, LLC, a Nevada entity;     Date:      May 29, 2025
20 ANDREW STEVENSON, an individual (Doe       Time:      2:00 p.m.
   1); KEVIN ADAMS, an individual (Doe 2);
21 JERIMAIH TIPTON, an individual (Doe 3);
   DOES IV through X, and ROES I through X,
22
                   Defendants.
23

24          PLEASE TAKE NOTICE that plaintiff SHAWN PADILLA ("Plaintiff"), by and through his

25 attorneys of record, the law firms of MAIER GUTIERREZ & ASSOCIATES and LAW OFFICE OF RAFFI A.

26 NAHABEDIAN, will take the videotaped deposition of defendant WILLIAM HORNBUCKLE on the

27 29th day of May 2025, at the hour of 2:00 p.m. (PST), at MAIER GUTIERREZ & ASSOCIATES, 8816

28 Spanish Ridge Avenue, Las Vegas, Nevada 89148.

                                           1

1    Testimony will be recorded by an officer authorized to administer oaths either by federal law

2    or by the law in the place of examination; or a person appointed by the court where the action is

3    pending to administer oaths and take testimony.  Fed. R. Civ. P. 28(a) and 30(b)(3)(A).

4    The deposition may also be recorded by audio and/or audiovisual means. Fed. R. Civ. P.

5    30(b)(3)(A).  If the designated time and/or date is inconvenient, please notify the undersigned so that

6    a time and/or date convenient to all concerned may be arranged.

7    You are invited to attend and cross-examine.

8    DATED this 8th day of May 2025.

9    Respectfully submitted,

10    MAIER GUTIERREZ & ASSOCIATES

11    /s/ Stephen G. Clough
     _____

12    JOSEPH A. GUTIERREZ, ESQ.
     Nevada Bar No. 9046

13    STEPHEN G. CLOUGH, ESQ.
     Nevada Bar No. 10549

14    WILLIAM A. GONZALES
     Nevada Bar No. 15230

15    8816 Spanish Ridge Avenue
     Las Vegas, Nevada 89148

16

17    RAFFI A. NAHABEDIAN, ESQ.
     Nevada Bar No. 9347

18    LAW OFFICE OF RAFFI A. NAHABEDIAN
     7408 Doe Avenue

19    Las Vegas, Nevada 89117
     Attorneys for Plaintiff Shawn Padilla

20

21

22

23

24

25

26

27

28

2

**012**

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 8th day of May 2025, service of the foregoing **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF WILLIAM HORNBUCKLE** via electronic mail addressed as follows:

Lawrence J. Semenza, III, Esq.
ljs@semenzarickard.com
Katie L. Cannata, Esq.
klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant MGM Grand Hotel, LLC*

Michael P. Somps, Esq.
MSomps@ag.nv.gov
OFFICE OF THE ATTORNEY GENERAL
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
*Attorneys for Defendants Kevin Adams,*
*Andrew Stevenson and Jerimiah Tipton*

*/s/ Yadira Gonzalez*

An Employee of MAIER GUTIERREZ & ASSOCIATES

3

**013**