# EXHIBIT 5

E-mail Regarding Acceptance of Service

052

**Katie Cannata**

| | |
|---|---|
| **From:** | Katie Cannata |
| **Sent:** | Friday, May 9, 2025 1:22 PM |
| **To:** | R. A. Nahabedian, Esq.; Stephen Clough |
| **Cc:** | Lawrence J. Semenza, III; Olivia A. Kelly; Nona ML. Lawrence; Michael P. Somps; Yadira Gonzalez |
| **Subject:** | Padilla v. MGM - Hornbuckle Subpoena |

Stephen and Raffi –

After our meet and confer conference concluded today, we contacted our client who informed us that no subpoenas have been served or delivered to Mr. Hornbuckle's office. Given that Mr. Hornbuckle has not yet been served, we request that you immediately stop all service attempts, since we will accept service of a subpoena on his behalf. Your immediate response is requested.

Thanks,

Katie L. Cannata, Esq.
**Semenza Rickard Law**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
E-mail: klc@semenzarickard.com
Website: www.semenzarickard.com
Telephone: 702-835-6803
Cell: 702-219-5200
Facsimile: 702-920-8669

1

053