# EXHIBIT 6

Acceptance of Service of Notice of Subpoena and Notice of Taking Deposition of William Hornbuckle

1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  STEPHEN G. CLOUGH, ESQ.
   Nevada Bar No. 10549
3  WILLIAM A. GONZALES
   Nevada Bar No. 15230
4  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
6  Facsimile: (702) 629-7925
   E-mail:
7

8
   RAFFI A. NAHABEDIAN, ESQ.
9  Nevada Bar No. 9347
   **LAW OFFICE OF RAFFI A. NAHABEDIAN**
10 7408 Doe Avenue
   Las Vegas, Nevada 89117
11 Telephone: (702) 379-9995
   Facsimile: (702) 222-1496
12 E-mail:

13 *Attorneys for Plaintiff Shawn Padilla*

14                    **UNITED STATES DISTRICT COURT**

15                            **DISTRICT OF NEVADA**

| SHAWN PADILLA, an individual, | Case No.: 2:22-cv-02109-RFB-BNW |
|---|---|
| Plaintiff, | **ACCEPTANCE OF SERVICE OF NOTICE OF SUBPOENA AND NOTICE OF TAKING DEPOSITION OF WILLIAM HORNBUCKLE** |
| vs. | |
| MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVIN ADAMS, an individual (Doe 2); JERIMAIH TIPTON, an individual (Doe 3); DOES IV through X, and ROES I through X, | |
| Defendants. | |

The undersigned hereby accepts service OF NOTICE OF SUBPOENA AND NOTICE OF TAKING DEPOSITION OF WILLIAM HORNBUCKLE. The undersigned further accepts service on behalf of said deponent, and will provide notice to Plaintiff said deponent received a copy of the following:

/ / /

1

055

1) Notice of Subpoena and Notice of Taking Deposition of William Hornbuckle; and

2) Subpoena to Testify at a Deposition in a Civil Action.

DATED this 13th day of May 2025.

SEMENZA RICKARD LAW

Lawrence J. Semenza, III (L.J.)
Nevada Bar No. 7174
10161 W Park Run Drive, Suite 150
Las Vegas, NV 89145