# EXHIBIT 11

# CONFIDENTIAL

Surveillance Policies and Procedures

**FILED UNDER SEAL**