JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
WILLIAM A. GONZALES
Nevada Bar No. 15230
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
sgc@mgalaw.com
wag@mgalaw.com

RAFFI A. NAHABEDIAN, ESQ.
Nevada Bar No. 9347
**LAW OFFICE OF RAFFI A. NAHABEDIAN**
7408 Doe Avenue
Las Vegas, Nevada 89117
Telephone: (702) 379-9995
Facsimile: (702) 222-1496
E-mail: raffi@nahabedianlaw.com

*Attorneys for Plaintiff Shawn Padilla*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN PADILLA, an individual, | Case No.: 2:22-cv-02109-RFB-EJY |
| Plaintiff, | **JOINT DISCOVERY STATUS REPORT PURSUANT TO ECF 133** |
| vs. | |
| MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVIN ADAMS, an individual (Doe 2); JERIMIAH TIPTON (Doe 3); DOES IV through X, and ROSE I through X, | |
| Defendants. | |

Pursuant to ECF 133, Plaintiff Shawn Padilla ("Plaintiff"), Defendants MGM Grand Hotel, LLC ("MGM"), Andrew Stevenson ("Stevenson"), Kevin Adams ("Adams") and Jerimiah Tipton (together, the "NGCB Agents") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit this Joint Discovery Status Report pursuant to ECF 133.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1.    PREFATORY STATEMENT**

In accordance with ECF 133, the parties held a meet and confer on August 18, 2025. During the meet and confer, the parties discussed discovery that can be conducted during the pendency of this Court's stay [ECF 110] based on the matters pending before the Trial Court and the Honorable Judge Boulware's ruling on the pending Motions [ECF 99 and related filings; ECF 100 and related filings; and ECF 109 and related filings].

**2.    PROCEDURAL BACKGROUND**

After discussing the matter on August 18, 2025, the parties have come to a consensus that certain discovery can continue during the pendency of this Court's Order (ECF 110) in an effort to move this matter forward. The discovery that the parties agree to pursue and move forward are as follows:

- Written discovery previously propounded by Plaintiff Shawn Padilla upon Defendant MGM Grand Hotel, LLC to be responded to within 30 days of the filing of this Status Report. In accordance with the FRCP, Defendant MGM Grand shall have the right to express objections to Plaintiff's previously propounded written discovery as part of its responses;

- Written discovery previously propounded by the individual NGCB Agents upon MGM Grand Hotel, LLC to be responded to within 30 days of the filing of this status report. In accordance with the FRCP, Defendant MGM Grand shall have the right to object to the NGCB Agents' previously propounded written discovery as part of its responses;

- Depositions of Christopher Darcy, Dionne Lauber, Joey Jiannotta, Marites Sarmiento, and Paul Hill, to be set on such a date and time convenient to the attorneys of record for the respective parties as well as the witnesses in accordance with the FRCP;

- The parties are continuing with their respective discussions and negotiations concerning the FRCP 30(b)(6) Depositions of Defendant MGM Grand to be taken by Plaintiff and the individual NGCB agent Defendants. In terms of Plaintiff's initial proposed FRCP 30(b)(6) topics to Defendant MGM Grand, Plaintiff revised and

resubmitted its proposed FRCP 30(b)(6) topics to Defendant MGM Grand based on the parties May 15, 2025 meet and confer effort specifically addressing Plaintiff's then proposed FRCP 30(b)(6) topics to Defendant MGM Grand. Should the parties have and/or reach an agreement concerning Plaintiff's revised 30(b)(6) topics, then the depositions of Defendant MGM Grand's FRCP 30(b)(6) designee(s) may proceed on a date and time convenient to the attorneys of record for the respective parties and MGM Grand's designee(s) in accordance with the FRCP. If, however, the Defendant MGM Grand does not agree to accept Plaintiff's revised 30(b)(6) topics based on the parties May 15, 2025 meet and confer, then additional motion practice may and/or will be necessary prior to Plaintiff's taking the depositions of Defendant MGM Grand's 30(b)(6) designee(s);

- Depositions of each party's respective expert witnesses are to be set on such a date and time convenient to the attorneys of record for the respective parties and the expert deponents in accordance with the FRCP.[1]

### 3. CONCLUSION

The Parties respectfully request that this Court issue an Order allowing the parties to conduct the above specifically mentioned discovery by lifting the Stay currently imposed by ECF 110 for the limited purposes set forth above, as well as any other order that this Court deems appropriate and necessary for the advancement of the lawsuit.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] As Plaintiff is limited to 10 depositions pursuant to FRCP 30(a)(2), Defendant MGM Grand Hotel, LLC has and is taking the position Plaintiff must file a motion before the Court in order to take more than the allotted 10 depositions. While Plaintiff will attempt another good faith meet and confer on the issue, should Plaintiff require the Court's intervention in this matter, the appropriate motion will be filed before this Court with the justification of such depositions.

1    This Discovery Status Report is made in good faith and not for purposes of delay.

2    DATED this ___ day of August 2025.                    DATED this 28th day of August 2025.

3    SEMENZA RICKARD LAW                                   MAIER GUTIERREZ & ASSOCIATES

4    */s/  Refused to Sign*                                */s/  Stephen G. Clough*
     Lawrence J. Semenza, III, Esq, Bar No. 7174           Stephen G. Clough, Esq., Bar No. 10549
5    Katie L. Cannata, Esq., Bar No. 14848                 Joseph A. Gutierrez, Esq., Bar No. 9046
     10161 Park Run Drive, Suite 150                       8816 Spanish Ridge Ave.
6    Las Vegas, Nevada 89145                               Las Vegas, Nevada 89148
7    *Attorneys for Defendant*                             *Attorneys for Plaintiff*
     *MGM Grand Hotel, LLC*

8

9    DATED this 28th day of August 2025.                   DATED this 28th day of August 2025.

10   LAW OFFICE OF RAFFI A. NAHABEDIAN                     OFFICE OF ATTORNEY GENERAL

11   */s/ Raffi A. Nahabedian*                             */s/ Michael P. Somps*
12   Raffi A. Nahabedian, Esq, Bar No. 9347                Michael P. Somps, Esq., Bar No. 6507
     7408 Doe Avenue                                       Nona ML Lawrence, Esq., Bar No. 14904
13   Las Vegas, Nevada 89117                               5420 Kietzke Lane, Suite 202
     *Attorney for Plaintiff*                              Reno, Nevada 89115
14                                                         *Attorneys for Defendants Kevin Adams*
15                                                         *Andrew Stevenson, and Jerimiah Tipton*

16
17   **IT IS SO ORDERED.**
18                                                         _____
                                                           United States Magistrate Judge
19                                                         DATED: August 29, 2025

4