JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
WILLIAM A. GONZALES
Nevada Bar No. 15230
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  (702) 629-7900
Facsimile:  (702) 629-7925
E-mail:      jag@mgalaw.com
                sgc@mgalaw.com
                wag@mgalaw.com

RAFFI A. NAHABEDIAN, ESQ.
Nevada Bar No. 9347
**LAW OFFICE OF RAFFI A. NAHABEDIAN**
7408 Doe Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 379-9995
Facsimile:  (702) 222-1496
E-mail:      raffi@nahabedianlaw.com

*Attorneys for Plaintiff Shawn Padilla*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN PADILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVIN ADAMS, an individual (Doe 2); JERIMIAH TIPTON (Doe 3); DOES IV through X, and ROSE I through X,<br><br>Defendants. | Case No.:      2:22-cv-02109-RFB-EJY<br><br>**SECOND STIPULATION AND ORDER TO:**<br><br>**(1) STAY FILING OF OPPOSITION TO DEFENDANTS KEVIN ADAMS, ANDREW STEVENSON AND JERIMIAH TIPTON'S MOTION FOR SUMMARY JUDGMENT [ECF 157] PENDING RULING ON THE MOTION FOR GOOD FAITH SETTLEMENT [ECF 165]; AND**<br><br>**(2) CONTINUE THE TIME TO FILE THE OPPOSITION TO MGM GRAND HOTEL, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF 150]** |

Pursuant to LR IA 6-1, Plaintiff Shawn Padilla ("Plaintiff"), Defendants MGM Grand Hotel, LLC ("MGM"), Andrew Stevenson ("Stevenson"), Kevin Adams ("Adams") and Jerimiah Tipton (together, the "Individual NGCB Agents") (collectively, the "Parties"), hereby submit this Second

1

Stipulation and Order to: (1) Stay the Filing of an Opposition to Defendants Andrew Stevenson, Kevin Adams, and Jerimiah Tipton's Motion for Summary Judgment [ECF 157] until the Court has had the opportunity to rule on the Motion for Good Faith Settlement jointly filed by Plaintiff and the Individual NGCB Agents [ECF 165}; and (2) to Continue the time to file an Opposition to MGM Grand Hotel, LLC's ("MGM") Motion for Summary judgment.

**REASON FOR REQUEST FOR EXTENSION OF CURRENT SCHEDULING ORDER**

Both MGM and the Individual NGCB Agents filed their own respective Motions for Summary Judgment. The Court set the following deadlines for filing Oppositions to the Motions for Summary Judgment as follows: March 30, 2026, to oppose the Individual NGCB Agents' Motion, and March 30, 2026, to oppose MGM Grand's Motion. The Parties then stipulated to stay the deadline for filing the opposition to the Individual NGCB Agents Motion for Summary Judgment and continue the filing of the opposition to MGM's Motion for Summary Judgment until April 30, 2026. The purpose of the original stipulation and order was due to the fact that Plaintiff and the Individual NGCB Agents negotiated and reached a resolution of the above matter and, as such, Plaintiff and the Individual NGCB Agents are in the process of finalizing the settlement agreement and putting before this Court their jointly prepared Motion for Good Faith Settlement. Pending before this Court is the Joint Motion for Good Faith Settlement.

Accordingly, to ensure that there is sufficient time to have the Motion for Good Faith Settlement ruled upon by this Court, the Plaintiff and the Individual NGCB Agents respectfully request this Court continue the a stay of the filing of an Opposition to the Individual NGCB Agents' Motion for Summary Judgment as the Motion may/will be rendered moot upon this Court's acceptance of the Motion for Good Faith Settlement.

Moreover, the counsel for Plaintiff and MGM have agreed to stipulate to continue the time for Plaintiff to file an Opposition to Defendant MGM's Motion for Summary Judgment for 60 days [June 30, 2026] as it appears that the proposed resolution of the matter with the Individual NGCB Agents will affect the manner and scope of arguments to be presented by Plaintiff in relation to Plaintiff's Opposition to MGM's Motion for Summary Judgment.

/ / /

2

The purpose of the Stay and Continuances herein requested are to save judicial resources and to prevent unnecessary filing of pleadings before this Court should the Motion for Good Faith Settlement be granted which, in turn, will preserve costs for all the Parties.

This Stipulation is made in good faith and not for purposes of delay.

DATED this 1st day of May 2026.

SEMENZA RICKARD LAW

/s/ Lawrence J. Semenza
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Defendant MGM Grand Hotel, LLC

DATED this 1st day of May 2026.

LAW OFFICE OF RAFFI A. NAHABEDIAN

/s/ Raffi A. Nahabedian
Raffi A. Nahabedian, Esq, Bar No. 9347
7408 Doe Avenue
Las Vegas, Nevada 89117
Attorney for Plaintiff

DATED this 1st day of May 2026.

MAIER GUTIERREZ & ASSOCIATES

/s/ Stephen G. Clough
Stephen G. Clough, Esq., Bar No. 10549
Joseph A. Gutierrez, Esq., Bar No. 9046
8816 Spanish Ridge Ave.
Las Vegas, Nevada 89148
Attorneys for Plaintiff

DATED this 1st day of May 2026.

OFFICE OF ATTORNEY GENERAL

/s/ Michael P. Somps
Michael P. Somps, Esq., Bar No. 6507
9790 Gateway Drive, Suite 100
Reno, Nevada 89511
Attorneys for Defendants Kevin Adams, Andrew Stevenson, and Jerimiah Tipton

## ORDER

Good cause being found, **IT IS HEREBY ORDERED** the Parties' Second Stipulation to Stay, and Continue, Filing Deadlines (ECF No. 171) is **GRANTED.**

**IT IS FURTHER ORDERED** the Parties' identical stipulation (ECF No. 172), which appears to have been filed in error, is **DENIED** as moot.

**DATED:** May 1, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed.  R. Civ. P. 5(b), I hereby certify that service of the foregoing **SECOND STIPULATION AND ORDER TO STAY FILING OF OPPOSITION TO DEFENDANTS KEVIN ADAMS, ANDREW STEVENSON AND JERIMIAH TIPTON'S MOTION FOR SUMMARY JUDGMENT [ECF 157] PENDING RULING ON THE MOTION FOR GOOD FAITH SETTLEMENT [ECF 165] AND TO CONTINUE THE TIME TO FILE THE OPPOSITION TO MGM GRAND HOTEL, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF 150]** was made on this 1st day of May 2026, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

Lawrence J. Semenza, III, Esq.
Katie L. Cannata, Esq.
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant MGM Grand Hotel, LLC*

Nona ML Lawrence, Esq.
Michael P. Somps, Esq.
OFFICE OF THE ATTORNEY GENERAL
9790 Gateway Drive, Suite 100
Reno, Nevada 89521
*Attorneys for Defendants Kevin Adams, Andrew Stevenson and Jerimiah Tipton*

        */s/ Yadira Gonzalez*
An Employee of MAIER GUTIERREZ & ASSOCIATES

4