Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant MGM Grand Hotel, LLC*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN PADILLA, an individual,

Plaintiff,

v.

MGM GRAND HOTEL, LLC, a Nevada entity; ANDREW STEVENSON, an individual (Doe 1); KEVEN ADAMS, an individual (Doe 2); JERIMIAH TIPTON, an individual (Doe 3); DOES IV through X, and ROES I through X,

Defendants.

Case No. 2:22-cv-02109-RFB-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – SECOND REQUEST [ECF NO. 150]**

Pursuant to LR IA 6-1, Plaintiff Shawn Padilla ("Plaintiff"), Defendants MGM Grand Hotel, LLC ("MGM"), Andrew Stevenson ("Stevenson"), Kevin Adams ("Adams") and Jerimiah Tipton (together, the "NVGCB Agents") (collectively, the "Parties"), hereby submit this Stipulation and Order to Extend MGM's Deadline to File a Reply in Support of its Motion for Summary Judgment (Second Request) [ECF No. 150].

1. On March 9, 2026, MGM filed a Motion for Summary Judgment. (ECF No. 150.)

2. On March 23, 2026, the Parties filed a Stipulation to continue Plaintiff's deadline to file an opposition to MGM's Motion for Summary Judgment. (ECF No.167.) By virtue of that stipulation, Plaintiff's deadline was continued to April 30, 2026. (ECF No. 168.)

3. Thereafter, on May 1, 2026, the Parties filed a second Stipulation to continue

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Plaintiff's deadline to file an opposition to MGM's Motion for Summary Judgment. (ECF No. 172.) That stipulation was subsequently granted and thereby provided Plaintiff up to and including June 30, 2026 to file his opposition. (ECF No. 173.)

4. On June 30, 2026, Plaintiff filed a Response to MGM's Motion for Summary Judgment. (ECF No. 174.)

5. Thereafter, the Parties filed a first Stipulation to continue MGM's deadline to file a Reply brief to Plaintiff's Response, up to and including August 14, 2026.

6. MGM's Reply brief is currently due on August 14, 2026. However, MGM and Plaintiff participated in a mediation on August 11, 2026 that was unsuccessful. In light of the outcome of the mediation, MGM's counsel requires additional time to confer with their client regarding the substance of the Reply Brief. Accordingly, the Parties have agreed to continue the deadline for MGM's Reply brief to August 28, 2026. The foregoing should provide MGM's counsel with sufficient time to finalize its Reply and confer with their client concerning the same.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This Stipulation is made in good faith and not for purposes of delay.

DATED this 12th day of August 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant MGM Grand Hotel, LLC*

DATED this 12th day of August 2026.

MAIER GUTIERREZ & ASSOCIATES

*/s/ William Gonzales*
Jason R. Maier, Esq., Bar No. 8557
Joseph A. Gutierrez, Esq., Bar No. 9046
William Gonzales, Esq., Bar No. 15230
8816 Spanish Ridge Ave.
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 12th day of August.

LAW OFFICE OF RAFFI A. NAHABEDIAN

*/s/ Raffi A. Nahabedian*
Raffi A. Nahabedian, Esq, Bar No. 9347
7408 Doe Avenue
Las Vegas, Nevada 89117
*Attorney for Plaintiff*

DATED this 12th day of August.

OFFICE OF ATTORNEY GENERAL

*/s/ Michael P. Somps*
Michael P. Somps, Esq., Bar No. 6507
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
*Attorneys for Defendants Kevin Adams, Andrew Stevenson & Jerimiah Tipton*

**IT IS SO ORDERED.**



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: August 14, 2026.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803